*Thomas Kirby* v. *Salmon Cogswell.*

IT was ruled in this cause, that after a certificate of probable cause to stay proceedings, both parties may notice for argument, and that the not entering and noticing for argument by the party obtaining the certificate to stay, is no cause for a motion to discharge the order;* especially if made without notice.

* *Vide ante,*
p. 259.